437 A.2d 1038

Urso, Appellants v. O'Brien, ·M. D., et ux.

 Argued September 9, 1981. Charles W. Proctor, III, for appellants; Raymond J. Peppelman, for appellees. Before SPAETH, POPOVICH and MONTGOMERY, JJ. The order of the lower court is hereby affirmed.